**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6167

ANTHONY L. ODOM,

Plaintiff - Appellant,

versus

LANCE P. FORSYTHE, Superintendent; DR. OFAGH;
NURSE JUSTICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis III, District
Judge. (1:06-cv-00802-TSE)

Submitted: March 29, 2007          Decided: April 6, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony L. Odom, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Odom appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion seeking reconsideration of the court's prior dismissal of his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Odom v. Forsythe</u>, No. 1:06-cv-00802-TSE (E.D. Va. filed Jan. 16, 2007 & entered Jan. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>